M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2014 MAR 26   A 11: 44

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Gregory Kenny Lee

Full name and prison name of 184070
Plaintiff(s)

v.

Dr Darbouze
mrs Wilson (nurse)
mrs Payne (nurse)
Carla Jones (warden)
Health Care CAPt Strickland
Warden Carter

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. 2:14-cv-215-MEF
(To be supplied by Clerk of U.S. District
Court)

I.    PREVIOUS LAWSUITS

A.    Have you begun other lawsuits in state or federal court dealing with the same or
similar facts involved in this action? YES ☐   No ☒

B.    Have you begun other lawsuits in state or federal court relating to your
imprisonment?        YES ☐        NO ☒

C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there
is more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:   N/A

Plaintiff (s) _____

_____

Defendant(s) _____

_____

2.    Court (if federal court, name the district; if state court, name the county)   N/A

_____

3.   Docket number _____

4.   Name of judge to whom case was assigned _____
_____

5.   Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6.   Approximate date of filing lawsuit _____

7.   Approximate date of disposition _____

II.   PLACE OF PRESENT CONFINEMENT _____

Easterling Correctional Facility

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED   Easterling

Correctional Facility

III.   NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dr. Darbouze | 200 Wallace Dr Clio AL |
| 2. | Warden Jones | " " 36017 |
| 3. | Warden Sconyers | " " |
| 4. | Mrs. Grubbs | " " |
| 5. | Capt. Bryant | " " |
| 6. | Dr. West | " " |
| 7. | | |

IV.   THE DATE UPON WHICH SAID VIOLATION OCCURRED   On Thursday
in February 2014

V.   STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   8TH and 14TH Amendment
violation

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND.  (State as best you can the
time, place and manner and person involved.)

stated on complaint (attached hereto)

GROUND TWO: Failure to provide adequate medical
care

SUPPORTING FACTS:

stated on complaint (attached hereto)

GROUND THREE: Failure to protect inmate bee

SUPPORTING FACTS:

stated on complaint (attached hereto)

VI.   STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.
MAKE NO LEGAL ARGUMENT.  CITE NO CASES OR STATUTES.

① ORDER me transferred to either Limestone, Donaldson or Bibb C.F. ② Have DOC to send me to a free world hospital. ③ Have court to order each defendant to pay me $1,000,000.00 and my hospital bills

Gregory Lee
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ 5-15-2014 _____.
(Date)

Gregory Lee 184070
Signature of plaintiff(s)

Before me personally appeared the plaintiff who swears under the penalty of perjury that the foregoing is true and accurate to the best of my knowledge

Gregory Lee
Gregory Lee # 184070

NOTARY PUBLIC

My Commission Expires: 5-15-17

Gregory Lee                                    March 14, 2014

COMPLAINT:

Officer Scott gave me a pass to go to Admin. it was after count and officer Floyd was the officer on duty. He told me to have a seat on the bench and I went and sit down waiting on Warden Jones. officer Pryor told the lady up there in central. The lady called Her and she said that she was doing some paperwork. Warden Jones came and ▓▓▓▓ me to leave the Doctor alone and that if I kept on messing with the Doctor that she would have me locked up. The Doctor suppose to be helping me out but I have been complaining to the Doctor and the warden and I have not been given the proper health care. My baby toe is broken on my left leg and has been giving me a lot of pain. Blood inside my baby toe has been hurting me real bad and that I can feel it when I walk. Warden Jones told me this in Captain Lawson's office. she told me warden Carter that my toe was broken. warden Jones and Doctor Darbouze both I am alleging that they should be held liable for not giving me the proper medical care which constitutes a violation of my 8th and 14th Amendment rights guaranteed to me by the united states constitution of America. I requested a sick call slip to see the Doctor and Captain Lawson refused to give me one. Nurse Bush gave me

the sick call slip to fill out. I filled it out and Nurse Wilson called the captain and this happened last Thursday and captain Lawson called me to his office and told me that if I filled out another sick call slip he was going to lock me up. Nurse Grubbs said that it was against the law. She said that it would violate my rights to medical care because I have a right to medical care just like all the other inmates here. I am requesting that Mrs. Grubbs be called as a witness. C.O. Mrs. Lee was also working over at the infirmary. Inmate Lees' leg has swollen and is running puss and needs immediate medical attention.

Gregory Lee 184070

Gregory Lee # 184070

DONE THIS ___ 19TH ___ day of March 2014

## "AFFADAVIT"

I do hereby swear and verify that the foregoing Affadavit is true to the best of my Knowledge under the penalty of perjury. DONE this 19TH of March 2014.

Gregory Lee #184070

Before me being a Notary Public in and for Barbour County Alabama personally appeared Gregory Lee # 184070 who being Known to me.

NOTARY PUBLIC

DONE THIS ___19TH___ day of March 2014.

My Commission Expires: _____

Mr. Gregory Lee #191010
Easterling Correctional Facility
200 Wallace Drive
clio, Alabama
36017

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ONE CHURCH STREET, SUITE B-110
MONTGOMERY, ALABAMA  36104-4018